## IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | |
|---|---|
| CHRISTOPHER SPENCE,<br><br>    Defendant Below,<br>    Appellant,<br><br>    v.<br><br>STATE OF DELAWARE,<br><br>    Plaintiff Below,<br>    Appellee. | § No. 637, 2014<br>§<br>§<br>§<br>§ Court Below—Superior Court<br>§ of the State of Delaware,<br>§ in and for New Castle County,<br>§ Cr. ID No. 1208011625A<br>§<br>§<br>§ |

Submitted: December 16, 2014
Decided:  December 23, 2014

### ORDER

This 23rd day of December 2014, it appears to the Court that, on December 1, 2014, the Clerk issued a notice to show cause, by certified mail, directing the appellant to show cause why this appeal should not be dismissed for his failure to file his notice of appeal within thirty days after the imposition of his sentence. The appellant has not responded to the notice to show cause within the required ten-day period and therefore dismissal of this appeal is deemed to be unopposed. It also appears that the appellant's conviction is already on appeal in *Spence v. State*, No. 298, 2014.

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b)(2) and 29(b), that this appeal is DISMISSED.

BY THE COURT:

/s/ Randy J. Holland
Justice